# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TARAN R. WARE and TAKEEMA S. WARE**  **PLAINTIFF**

**V.**                    **CASE NO. 4:24-CV-00308-01-JM**

**BANK OF AMERICA, N.A.**                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 7th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE